**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X        Chapter 11

In re:                                                                                Case No.  1-20-43624

Omni Home, LLC,

Debtor-in-Possession

-----------------------------------------------------------------X


**STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) and LOCAL RULE 1073-3**

There are no corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests.


Dated:

October 14, 2020
Kew Gardens, New York

**SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV LLP,** as counsel to **Omni Home, LLC**


/s/Btzalel Hirschhorn
By:  Btzalel Hirschhorn, Esq.
Attorney for Debtor
80 – 02 Kew Gardens Road, Suite 600
Tel: (718) 263-6800
Bhirschhorn@sbagk.com

1