UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    Chapter 11

In re:                                                                                 Case No. 1-20-43624

Omni Home LLC,

Debtor-in-Possession

------------------------------------------------------------------X

## STATEMENT PURSUANT TO LOCAL RULE 1074-1(c)

I am the sole owner of Omni Home LLC, and hereby attest that the filing of the above referenced Chapter 11 case has been duly authorized.

_____
By: Jarnail Singh
Sole Owner and President
Omni Home, LLC

Sworn to before me this
14th day of October 2020

_____
Gianna R. Guarino
Notary Public, State of New York
No. 01GU6409393
Qualified in Suffolk County
Expiration September 28, 2024

1